Donny K. Samporna (SBN 316456)
*donny.samporna@hglaw.com*
**HALEY GUILIANO LLP**
2466 Palace Dr.
San Diego, CA 92123
Tel: (669) 213-1080 – Fax: (669) 500-7375

Brian N. Platt (*pro hac vice*)
*bplatt@wnlaw.com*
Megan M. Needham (*pro hac vice*)
*mneedham@wnlaw.com*
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Tel: (801) 533-9800 – Fax: (801) 328-1707

*Attorneys for Plaintiff Plus EV Holdings, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLUS EV HOLDINGS, INC., a Missouri corporation,<br><br>　　　*Plaintiff*,<br><br>vs.<br><br>NEWFLORA LLC, a California limited liability corporation,<br><br>　　　*Defendant*. | Case No: 3:24-cv-01363-LL-BLM<br><br>**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint served: 08/15/2024<br>Current response due: 10/07/2024<br>Ne Response Date: 11/06/2024<br><br>JURY TRIAL DEMANDED |

　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Plus EV Holdings, Inc. ("Plus EV Holdings") through counsel, hereby respectfully

moves the Court for a thirty-day (30) extension of time within which Defendant NewFlora, LLC ("Defendant") for which NewFlora may file a response to the Complaint in this matter, up to and including November 6, 2024.

Defendant previously requested and received a thirty-day (30) extension by this Court.

Good cause exits for extending this deadline for thirty days. Defendant is in the process of retaining new counsel who requires additional time to become familiar with the case and to prepare a response or engage in settlement discussions. Extending the current deadline for Defendant's response to the Complaint will thus serve the interests of justice and conserve judicial resources. Plaintiff consents to the extension of time sought herein.

WHEREFORE, the Parties respectfully request that the Court extend the time for NewFlora to file a response to the Complaint by thirty (30) days, up to and including November 6, 2024.

DATED this 11th day of October, 2024.

HALEY GUILIANO LLP

*and*

WORKMAN NYDEGGER PC

By:   */s/* Brian N. Platt

Brian N. Platt

*Attorneys for Plus EV Holdings, Inc.*